| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>CURTIN, JOHN T | 2. Court or Organization<br><br>US DISTRICT COURT, WESTERN DT | 3. Date of Report<br><br>4/15/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE-SENIOR STATU | 5. ReportType (check appropriate type)<br><br>◯ Nomination.    Date<br><br>◯ Initial    ● Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>68 COURT STREET<br>BUFFALO, NY 14202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**    - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**    - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 3 10 50 AM '05 FINANCIAL DISCLOSURE OFFICE

## III: NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V.  GIFTS.   (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

☑  **NONE**   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI.  LIABILITIES.   (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☑  **NONE**   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CURTIN, JOHN T | 4/15/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets. or transactions) | | | | | | | | | |
| 1. HARBOR INTL FUND | A | Dividend | K | T | | | | | |
| 2. VANGUARD HI YIELD TAX EXEMPT | B | Dividend | K | T | | | | | |
| 3. SCHWAB MONEY MARKET FUNDS | A | Dividend | J | T | | | | | |
| 4. MANUFACTURERS TRADERS TRUST | A | Interest | J | T | | | | | |
| 5. MANUFACTURERS TRADERS TRUST | A | Interest | J | T | | | | | |
| 6. US TREASURY NOTE 5.625% | B | Interest | K | T | | | | | |
| 7. VANGUARD SHORT-TERM TAX EXEMPT | B | Dividend | L | T | | | | | |
| 8. COLUMBIA REAL ESTATE | C | Dividend | K | T | PARTIAL SALE | 4/19 | J | C | |
| 9. MERGER FUND | A | Dividend | K | T | BUY | 4/20 | J | | |
| 10. FORWARD INT'L SMALL CO. | A | Dividend | K | T | BUY | 7/19 | J | | |
| 11. DODGE & COX STOCK FUND | B | Dividend | K | T | PARTIAL SALE | 4/19 | K | D | |
| 12. CALAMOS GROWTH & INCOME FUND CL A | A | Dividend | K | T | BUY | 7/19 | J | | |
| 13. BERKSHIRE HATHAWAY CL B | | None | J | T | | | | | |
| 14. DFA US SMALL CAP VALUE PORTFOLIO | B | Dividend | K | T | PARTIAL SALE | 4/19 | K | D | |
| 15. FIRST EAGLE OVERSEAS FUND CL A | A | Dividend | K | T | | | | | |
| 16. OPPENHEIMER REAL ASSET FUND CL A | D | Dividend | K | T | | | | | |
| 17. ROYCE MICRO CAP FD | B | Dividend | K | T | PARTIAL SALE | 4/19 | J | C | |
| 18. VANGUARD HEALTH CARE FA INVESTOR SHARES | A | Dividend | K | T | PARTIAL SALE | 4/19 | J | C | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| CURTIN, JOHN T | 4/15/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. | VANGUARD TOTAL STOCK MARKET INDEX FUND | A | Dividend | K | T | PARTIAL SALE | 4/19 | J | A | |
| 20. | PIMCO EMERGING MARKETS BOND FUND INST CLASS | B | Dividend | K | T | BUY | 4/20 | K | | |
| 21. | PIMCO REAL RETURN FUND INSTITUTIONAL CLASS | C | Dividend | L | T | BUY | 4/20 | K | | |
| 22. | | | | | | BUY | 7/19 | K | | |
| 23. | DFA EMERGING MARKETS VALUE PORTFOLIO | A | Dividend | K | T | BUY | 4/21 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1.001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100.001-$1,000,000    H1 = $1,000.001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15.001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250.000-$500.000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5.000.001-$25,000,000
    P3 = $25,000,001-$50.000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | CURTIN, JOHN T | 4/15/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | CURTIN, JOHN T | 4/15/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign ███████████████████████████

Date 4/28/05

NO ███████████████████████████ ILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE ███████████████████████████ (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544